IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILMA R. GLEASON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO.  3-09-CV-0268-M-BD |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and

the Findings and Recommendation of the United States Magistrate Judge dated November 30,

2010, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct

and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

**SO ORDERED** this 17th day of December, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS